UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on November 15, 2007

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO: |
| | : | |
| v. | : | VIOLATIONS: |
| | : | |
| LUIS EMILIO MANSUR | : | 21 U.S.C. §§ 963, 952, 959, and 960 |
| a/k/a "Papa," | : | (Conspiracy to Import Five Kilograms |
| | : | or More of Cocaine into the United |
| JOSE ANDRES CID | : | States and to Distribute Five |
| a/k/a "Richard," and | : | Kilogram or More of Cocaine |
| | : | Intending or Knowing that It |
| RAFAEL HERNANDEZ MERCADO- | : | Will Be Unlawfully Imported into |
| OCHOA | : | the United States) |
| a/k/a "Rafa," | : | |
| | : | 18 U.S.C. § 2 |
| | : | (Aiding and Abetting) |
| | : | |
| Defendants | : | 21 U.S.C. §§ 853 and 970 |
| | : | (Forfeiture) |
| | : | |

**INDICTMENT**

**THE GRAND JURY CHARGES THAT:**

From on or about January 2001, and continuing to on or about September 24, 2007, in the countries of Aruba, Venezuela, the Dominican Republic, Colombia, the United States, and elsewhere, the defendants, **LUIS EMILIO MANSUR a/k/a "Papa," JOSE ANDRES CID a/k/a "Richard,"** and **RAFAEL HERNANDEZ MERCADO-OCHOA a/k/a "Rafa,"** did unlawfully, knowingly and intentionally combine, conspire, confederate, and agree together and with other persons, known and unknown to the Grand Jury, to commit the following offenses

against the United States: (1) to knowingly and intentionally import five kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, into the United States from Aruba, Venezuela, the Dominican Republic, and elsewhere outside the United States, in violation of Title 21, United States Code, Sections 952 and 960; and (2) to knowingly and intentionally distribute five kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, intending and knowing that such mixture and substance would be unlawfully imported into the United States, in violation of Title 21, United States Code Sections 959 and 960.  All in violation of Title 21, United States Code, Sections 963 and 960, and Title 18, United States Code, Section 2.

## FORFEITURE ALLEGATION

Upon conviction of the criminal violations alleged in this Indictment, said offense being punishable by imprisonment for more than one year, the defendants, **LUIS EMILIO MANSUR a/k/a "Papa," JOSE ANDRES CID a/k/a "Richard,"** and **RAFAEL HERNANDEZ MERCADO-OCHOA a/k/a "Rafa,"** shall forfeit to the United States, pursuant to Title 21, United States Code, Sections 853 and 970, any and all respective right, title, or interest which the defendants may have in:

(1) any and all money and/or property constituting, or derived from, any proceeds which said defendants obtained, directly or indirectly, as the result of the violations alleged in this Indictment; and

(2) any and all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the violations alleged in this Indictment, together with all interest and proceeds traceable thereto, in that said property constitutes or was derived from proceeds said defendants obtained as a result of the violations charged in this Indictment, and is property which was used or intended to be used to facilitate said violations:

If any of the above described forfeitable property, as a result of any act or omission of the defendants:

    (a)    cannot be located upon exercise of due diligence;
    (b)    has been transferred or sold to, or deposited with, a third party;
    (c)    has been placed beyond the jurisdiction of the Court;
    (d)    has been substantially diminished in value; or
    (e)    has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the property described in paragraphs 1 and 2 above.

A TRUE BILL:

_____
FOREPERSON

Kenneth A. Blanco, Chief
Narcotic and Dangerous Drug Section
U.S. Department of Justice - Criminal Division

By:    _____
Stephen May, Senior Trail Attorney
Narcotic and Dangerous Drug Section
U.S. Department of Justice - Criminal Division
1400 New York Avenue, N.W.- 8th Floor
Washington, D.C. 20005
(202) 514-1373

By:    _____
Michael C. DiLorenzo, Trial Attorney
Narcotic and Dangerous Drug Section
U.S. Department of Justice - Criminal Division
1400 New York Avenue, N.W.- 8th Floor
Washington, D.C. 20005
(202) 305-2338